# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **LAURENCE LOVEJOY**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 17 C 3674 |
| | ) | |
| **JACQUELINE LASHBROOK**, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM ORDER

This 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, just filed by petitioner Laurence Lovejoy ("Lovejoy") against Menard Correctional Center ("Menard," where Lovejoy is serving his state-court-imposed life sentence) Warden Jacqueline Lashbrook, has come to this Court's calendar under the random assignment system in effect in this District Court. Because the press of other major matters on this Court's calendar makes it infeasible for it to retain the assignment of this action, it has decided to exercise the prerogative conferred by 28 U.S.C. § 294(b) to decline that assignment so that the case may be reassigned (again at random) to one of its colleagues. But before that takes place there are two threshold matters posed by Lovejoy's filings that supplement the Petition itself -- an In Forma Pauperis Application ("Application") and a Motion for Appointment of Counsel ("Motion") -- that call for treatment at the outset without having any impact on his substantive merits-related claims.

First as to the Application, Lovejoy is obviously unaware of the fact that Section 2254 actions require the payment of only the most modest filing fee -- $5 -- rather than the standard

$400 fee for a civil case filing.  That being so, Lovejoy is ordered to transmit the $5 filing fee to the Clerk's Office[1] promptly on receipt of his next payroll amount.[2]

Next as to the Motion, Lovejoy has left blank the space in its most important paragraph 2, which calls for a statement by a pro se prisoner plaintiff as to whatever efforts he or she has undertaken to seek representation for himself or herself.  That response is required to comply with our Court of Appeals' rule that some effort in that area must be made and reported before a District Court may consider the granting of such a Motion.  Accordingly the Motion is denied, but without prejudice to its possible reassertion in proper form to permit consideration by the judge then assigned to the case.

_____
Milton I. Shadur
Senior United States District Judge

Date:  May 19, 2017

_____
[1]  Office of the Clerk
United States District Court
219 South Dearborn Street
Chicago, Illinois  60604.

[2]  Attached to the Application is a printout of transactions in Lovejoy's trust fund account at Menard, which reflects his receipt of a monthly stipend of $8 listed as "payroll."